IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ENMRSH, Inc.**,
      **Plaintiff,**

vs.                       CIV No. 2:15-01077-SMV

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security,**
      **Defendant.**

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (Doc. 9), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through April 25, 2016, to file her answer or otherwise respond to Plaintiff's Complaint.

SIGNED __March 30_____, 2016.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 03/26/16*
KEEYA JEFFREY
Special Assistant United States Attorney

*Electronically approved 03/22/16*
LINDSAY K. GRIFFEL
Attorney for Plaintiff