# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ENMRSH, INC.,**
        **Plaintiff,**

      **vs.**                                          **CIV No. 2:15-CV-1077 SMV**

**CAROLYN W. COLVIN, Acting**
**Commissioner of the Social Security**
**Administration,**
        **Defendant.**

## ORDER TO SEAL ADMINISTRATIVE RECORD

      THIS MATTER having come before the Court upon Defendant's Unopposed Motion to Seal Administrative Record (Doc. 13), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

      IT IS HEREBY ORDERED that the administrative record lodged by Defendant in the above-referenced case shall be sealed, subject to Rule 5.2(d). Access to the administrative record shall be limited to the Court and the case participants only.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 4/26/16*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Electronically approved 4/26/16*
ELIZABETH A. HEAPHY
Attorneys for Plaintiff